**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form FTP

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Brebazon Simon and Cindrella B Simon | Case No.: 10−71482 RN 7 |
| Debtor(s) | Chapter: 7 |

## ORDER AND NOTICE RE: FAILURE TO PAY FILING FEES

According to the court's records, the debtor(s) in this Chapter 7 case has failed to pay the appropriate filing fees either in a lump sum or in in accordance with 28 U.S.C. §§1930

Pursuant to 11 U.S.C. §§102(1), §§105(a), and §§707(a)(2), §§1112(b)(10) or §§1307(c)(2), you are hereby notified that this case will be dismissed within 14 days of the date of this order without further notice or hearing, unless within that fourteen (14) day period:

1. The debtor(s) pay in full the appropriate filing fee; or

2. The debtor(s) or a party−in−interest files a written objection to this order and requests a hearing.

Dated: <u>10/8/10</u>                                                    By the Court:

                                                                        Randall J. Newsome
                                                                        United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: twashingt          Page 1 of 1               Date Rcvd: Oct 08, 2010
Case: 10-71482                Form ID: FTP             Total Noticed: 1

The following entities were noticed by first class mail on Oct 10, 2010.
db/jdb        +Brebazon Simon,   Cindrella B Simon,   1725 Liberty Street #2,   El Cerrito, CA 94530-1977

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 10, 2010**          Signature:  *Joseph Speetjens*